```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re GEORGE WASHINGTON BRIDGE BUS                               :
STATION DEVELOPMENT VENTURE LLC.                                 :
                                                                 :
                                               Debtor.           :
-----------------------------------------------------------------X
                                                                 :
TUTOR PERINI BUILDING CORP.,                                     :
                                                                 :
                                               Appellant,        :
                                                                 :
                          v.                                     :
                                                                 :
GEORGE WASHINGTON BRIDGE BUS                                     :
STATION DEVELOPMENT VENTURE LLC,                                 :
                                                                 :
                                               Appellee.         :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2022

1:21-cv-8069-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In Appellant's briefing, Appellant notes that it has a pending appeal before the Second Circuit regarding what it describes as the "Ground Lease Issues" and that briefing at the Second Circuit was scheduled to begin in December of 2021. Appellant states that the outcome of that appeal is potentially determinative of the issues in this case. The Court also observes that on June 27, 2022, the Supreme Court granted a petition for certiorari in the case *MOAC Mall Holdings LLC v. Transform Holdco LLC*, which Appellee relies on in its briefing. In light of these developments, the parties are directed to submit a joint letter no later than July 11, 2022, to update the Court on the following: (1) the status of Appellant's Second Circuit appeal; (2) the parties' positions on whether this case should be stayed pending resolution of Appellant's Second Circuit appeal; and (3) the parities' positions on the impact of the Supreme Court granting the petition of certiorari in *MOAC*

*Mall Holdings LLC v. Transform Holdco LLC* on this case.

    SO ORDERED.

Dated: June 27, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge